Submitted by Cody Hart, Derrill Fussell, Kevin Ewing, Timothy Garrison, Steven Rindal, and Kathy LaFreniere *The living, flesh and blood individuals* .*Pro Per*

FILED ____ ENTERED
LODGED ____ RECEIVED

OCT 11 2023    CR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Cody Hart, Derrill Fussell, Kevin Ewing, Timothy Garrison, Steven Rindal, and Kathy LaFreniere<br><br>               Plaintiffs,<br><br>v.<br><br>LISA JANICKI, RONALD WESEN, PETER BROWNING, DONALD MCDERMOTT, RICHARD WEYRICH, SANDRA PERKINS, MARSHA PECHMAN, and ROBERT LASNIK<br><br>               Defendants | CASE NO. 2:23-cv-01555-JHC<br><br>**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**<br><br>**DEMAND FOR TRIAL BY JURY** |

## I.    THE PARTIES TO THIS COMPLAINT

**A.    Plaintiffs are all individuals**

1)    Name:                Cody R. Hart, *Pro Per*
      Street Address      901 Metcalf Street #71
      City and County     Sedro-Woolley, County of Skagit
      State and Zip Code  Washington, [98284]

2)    Name:                Derrill J. Fussell, *Pro Per*
      Street Address      929 E. College Way
      City and County     Mount Vernon, County of Skagit
      State and Zip Code  Washington, [98273]

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

3)  Name:                Kevin S. Ewing, *Pro Per*
    Street Address       929 E. College Way
    City and County      Mount Vernon, County of Skagit
    State and Zip Code   Washington, [98273]

4)  Name:                Timothy Garrison, *Pro Per*
    Street Address       929 E. College Way
    City and County      Mount Vernon, County of Skagit
    State and Zip Code   Washington, [98273]

5)  Name:                Steven Rindal, *Pro Per*
    Street Address       929 E. College Way
    City and County      Mount Vernon, County of Skagit
    State and Zip Code   Washington, [98273]

6)  Name:                Kathy LaFreniere, *Pro Per*
    Street Address       929 E. College Way
    City and County      Mount Vernon, County of Skagit
    State and Zip Code   Washington, [98273]

**B.1     Skagit County Defendants at all times relevant hereto acted in concert with the other Defendants and under color of law and are sued both in their official and individual capacity.**

1)  Name:                Lisa M. Janicki
    Street Address       P.O. Box 1306 Administration Building, Room 201
    Street Address       700 S. Second Street
    City and County      Mount Vernon, County of Skagit
    State and Zip Code   Washington, 98273
    Telephone Phone      360-416-1300

2)  Name:                Ronald G. Wesen
    Street Address       P.O. Box 1306 Administration Building, Room 201
    Street Address       700 S. Second Street
    City and County      Mount Vernon, County of Skagit
    State and Zip Code   Washington, 98273
    Telephone Phone      360-416-1300

3)  Name:                Peter A. Browning
    Street Address       P.O. Box 1306 Administration Building, Room 201
    Street Address       700 S. Second Street
    City and County      Mount Vernon, County of Skagit
    State and Zip Code   Washington, 98273
    Telephone Phone      360-416-1300

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Submitted By Complaint, Darrel Fussell,
Kevin Ewing, Timothy Garrison,
Steven Rindal, and Kathy LaFreniere
*The living, flesh and blood individuals*
*.Pro Per*

4)   Name:                Donald L. McDermott
     Street Address       P.O. Box 1306 Administration Building, Room 201
     Street Address       700 S. Second Street
     City and County      Mount Vernon, County of Skagit
     State and Zip Code   Washington, 98273
     Telephone Phone      360-416-1600

5)   Name:                Richard A. Weyrich
     Street Address       P.O. Box 1306 Administration Building, Room 201
     Street Address       700 S. Second Street
     City and County      Mount Vernon, County of Skagit
     State and Zip Code   Washington, 98273
     Telephone Phone      360-416-1600

6)   Name:                Sandra F. Perkins
     Street Address       P.O. Box 1306 Administration Building, Room 201
     Street Address       700 S. Second Street
     City and County      Mount Vernon, County of Skagit
     State and Zip Code   Washington, 98273
     Telephone Phone      360-416-1600

**B.2    U.S. District Court Judge Defendants at all times relevant hereto acted in concert with the other Defendants and under color of law and are sued in their official capacity**

7)   Name:                Marsha J. Pechman (Official Capacity)
     Street Address       700 Stewart Street, Suite 2310
     City and County      Seattle, County of King
     State and Zip Code   Washington, 98101
     Telephone Phone      (206) 370-8820

8)   Name:                Robert S. Lasnik (Official Capacity)
     Street Address       700 Stewart Street, Suite 2310
     City and County      Seattle, County of King
     State and Zip Code   Washington, 98101
     Telephone Phone      (206) 370-8810

//

//

//

//

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Submitted by Complaint Darrel Fussell,
Kevin Ewing, Timothy Garrison,
Steven Rindal, and Kathy LaFreniere
The living, flesh and blood individuals
.Pro Per

### III.    JURISDICTION AND VENUE

1.    Plaintiffs are all United States Citizens who reside in the State of Washington.

2.    Defendants Lisa Janicki, Ronald Wesen, Peter Browning, Donald McDermott, Richard Weyrich, Sandra Perkins, Marsha Pechman, and Robert Lasnik are each persons who acted under color of law and are subject to 42 U.S.C. 1983 by the Court.

3.    This case involves violations of 42 U.S.C. § 1983, by Defendants for the deprivation of rights, privileges, or immunities secured by the Constitution and federal laws.

4.    This Court has jurisdiction over Plaintiff's federal claim under 28 U.S.C. §§ 1331 and 1343.

5.    Venue is proper before this Court because the facts and causes of action described herein took place within the Western District of Washington.

### II.    INTRODUCTION

6.    Defendants Lisa Janicki, Ronald Wesen, and Peter Browning are Skagit County Commissioners, Public Officials and Election Officers, who as such, has a duty to follow the laws of the State of Washington and United States of America.

7.    Defendant Richard Weyrich is a Skagit County Prosecuting Attorney, Public Official and Election Officer, who as such, has a duty to follow the laws of the State of Washington and United States of America.

8.    Defendant Donald McDermott is a Skagit County Sheriff, and Public Official who as such, has a duty to follow the laws of the State of Washington and United States of America.

9.    Defendant Sandra Perkins is a Skagit County Auditor, Public Official, and Election Official, who as such, has a duty to follow the laws of the State of Washington and United States of America.

10.    Defendant Marsha Pechman is a U.S. District Court Judge who as such, has a duty to follow and uphold the laws of the State of Washington and United States of America.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

11.    Defendant Robert Lasnik is a U.S. District Court Judge who as such, has a duty to follow and uphold the laws of the State of Washington and United States of America.

12.    The Plaintiffs allege that the Defendants have and continue to conspire to obstruct and conceal the Plaintiffs right to vote, right to lawful elections, conceal the Civil Rights violations that are occurring, and conspire to use the force and powers of the Government to suppress the U.S. Constitution and prevent a lawfully elected government in Skagit County.

## IV.    FACTS

13.    From on or about March 6, 2023 to on or about June 6, 2023 Plaintiffs filed complaints with the U.S. District Court Western District of Washington as Cases 2:23-cv-309, 2:23-cv-311, 2:23-cv-312, 2:23-cv-404, 2:23-cv-503, 2:23-cv-832, and 2:23-cv-884 that notified Defendants that violations of election law where occurring.  As a result of the election law violations, the Plaintiffs where and are being deprived the right to lawful elections.

14.    In cases 2:23-cv-309, 2:23-cv-311, 2:23-cv-312 filed in the U.S. District Court, was notice to Marsha Pechman and Skagit County Defendants Lisa Janicki, Ronald Wesen, Peter Browning, Richard Weyrich, and Sandra Perkins that offices of same Skagit County Defendants had been vacated and where masquerading as public officials.

15.    Included in cases 2:23-cv-404 filed in the U.S. District Court, was notice to Robert Lasnik and Skagit County Defendants Skagit County Auditor Sandra Perkins, and Skagit County Canvassing Board members, Ronald Wesen, Lisa Janicki, Erik Pedersen, Melinda Miller, and Richard Weyrich, that the Skagit County defendants had violated the law by not properly performing their duties to oversee and conduct legal elections, falsely certified election results, betrayed their obligation to uphold the Laws of the United States of America and the United States Constitution betraying the public trust and breaching the condition of their official bond

16.    In cases 2:23-cv-503 filed in the U.S. District Court, was notice to Marsha Pechman and Skagit County Defendants Skagit County Sheriff Donald McDermott and Skagit County

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

Submitted By Conjugate to Darral Fussell,
Kevin Ewing, Timothy Garrison,
Steven Rindal, and Kathy LaFreniere
The living, flesh and blood individuals
.Pro Per

Prosecuting Attorney Richard Weyrich, that Skagit County Defendants had knowingly and intentionally violated the laws by conspiring to not make complaint of criminal laws, oppressed voting rights, oppressed the campaigning of candidates for elections

17.    In cases 2:23-cv-832 filed in the U.S. District Court, was notice to Marsha Pechman that Skagit County Defendants Lisa Janicki, Ronald Wesen, Peter Browning, Donald McDermott, Richard Weyrich, and Sandra Perkins, that Skagit County Defendants had conspired with other Government officials in local governments throughout the County to obstruct and conceal their theft of public funds, conceal election crimes, and conceal Civil Rights violations

18.    In cases 2:23-cv-884 filed in the U.S. District Court, was notice to Marsha Pechman that Skagit County Defendants Browning, Donald McDermott, Richard Weyrich, and Sandra Perkins, that Skagit County Defendants had conspired to obstruct and conceal the existence of the vacated offices interfering with the elections, and conceal Civil Rights violations.

19.    After being notified by the Plaintiffs, Defendants failed to perform their Duty to take appropriate action to enforce the election Laws of the United States of America and acted under Color of Law to deprive the Plaintiffs of their rights.

20.    As a proximate result of Defendants' actions, Plaintiffs have been deprived the right to vote, Plaintiff are deprived the right to campaign, Plaintiffs are deprived other rights and as a result, has Plaintiffs have incurred expenses, have suffered extreme embarrassment, shame, anxiety, and mental distress.

//

//

//

//

//

//

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

Submitted by Courtney, Derral Fussell,
Kevin Ewing, Timothy Garrison,
Steven Rindal, and Kathy LaFreniere
The living, flesh and blood individuals
.Pro Per

## V.     CAUSE OF ACTION

### FIRST CAUSE OF ACTION

42 U.S.C. § 1983--Against All Defendants

21.     Plaintiffs re-allege Paragraphs 1 through 20 and incorporate them as if set forth fully herein.

22.     Defendants at all times relevant to this action were acting under color of law.

23.     Defendants unlawfully deprived Plaintiffs of their right to vote in violation of the Constitution and Laws of the United States.

24.     Defendants failure to properly enforce and follow the laws of the State of Washington and Untitled States of America, were a direct and proximate cause of the constitutional deprivation suffered by Plaintiffs

## VI.     REQUEST FOR RELIEF

Wherefore, Plaintiffs respectfully request the following relief:

1.     A judgment for compensatory damages in an amount to be determined at trial, plus reasonable attorney fees pursuant to 42 U.S.C. § 1983, against all Defendants;

2.     A trial by Jury on all appropriate issues;

3.     An award of costs and expenses against the Defendants;

4.     Any and all other relief this Court may deem appropriate.

5.     That the Court order such other relief as it may deem just too fully and properly dissipate the effects of the conduct complained of herein, or which may otherwise seem proper to this court.

//

//

//

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

*Submitted by Cody Hart, Derrill Fussell,*
*Kevin Ewing, Timothy Garrison,*
*Steven Rindal, and Kathy LaFreniere*
*The living, flesh and blood individuals*
*.Pro Per*

## VI.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case

Dated: October ___9___, 2023

Respectfully submitted,

Cody R. Hart, *Pro Per*
901 Metcalf Street #71
Sedro-Woolley, WA [98284]
360-982-0928

Derrill J. Fussell, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
360-707-1815

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8

Kevin S. Ewing, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
360-661-2484

Timothy Garrison, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
360-391-0478

Steven Rindal, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
360-424-1066

Kathy LaFreniere, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
360-770-6532

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 9