UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HART; DERRILL J FUSSELL; KEVIN S EQING; TIMOTHY GARRISON; STEVEN RINDAL; and KATHY LAFRENIERE,<br><br>    Plaintiffs,<br><br> v.<br><br>LISA M JANICKI; RONALD G WESEN; PETER A BROWNING; DONALD L MCDERMOTT; RICHARD A WEYRICH; SANDRA F PERKINS; MARSHA J PECHMAN; and ROBERT S LASNIK,<br><br>    Defendants. | CASE NO. 2:23-cv-01555-JHC<br><br>ORDER |

  This matter is before the Court *sua sponte*. On February 12, 2024, the Court ordered Plaintiffs to show cause within ten (10) days of the date of the order why the action should not be dismissed for failure to comply with Rule 4(m). Dkt. # 8. Plaintiffs have not responded to the Court's order at Dkt. # 8.

  Thus, this matter is DISMISSED without prejudice.

  Dated this 19th day of March, 2024.

ORDER - 1

John H. Chun
United States District Judge

ORDER - 2